ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 05 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| v. | |
| NICHOLAS BEGOVICH | No. **1:26 CR 349** |

THE GRAND JURY CHARGES THAT:

On or about August 4, 2025, in the Northern District of Georgia and elsewhere, the defendant, NICHOLAS BEGOVICH, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of Georgia to other places, that contained a threat to injure United States Immigration and Customs Enforcement ("ICE") agents and officers; specifically, the defendant, NICHOLAS BEGOVICH, posted the following message to the online social networking service X (formerly known as Twitter): "I can't wait to kill these guys. It's coming. I have no specific plans at this time,

Agent, but times are changing fast."

All in violation of Title 18, United States Code, Section 875(c).

A _____ True _____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

CHRISTOPHER MEREDITH
*Assistant United States Attorney*
Georgia Bar No. 524318

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2