U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2026R00097)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 05 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton

DISTRICT COURT NO.

**1 : 2 6 C R 3 4 9**

MAGISTRATE CASE NO.

X Indictment
DATE: August 5, 2026

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
**NICHOLAS BEGOVICH**

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No
**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney:  Christopher Meredith
Defense Attorney: